UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                         :

DRYWALL TAPERS AND POINTERS OF GREATER   :
NEW YORK LOCAL UNION 174, AFFILIATED WITH :
INTERNATIONAL UNION OF ALLIED PAINTERS      :
AND ALLIED TRADES, AFL-CIO, and TRUSTEES OF :
THE DRYWALL TAPERS AND POINTERS LOCAL      :
UNION NO. 1974 BENEFIT FUNDS,                :

                       Petitioners,                  :

                -v-                           :

PRECISION INTERIORS CORP. a/k/a PRECISION     :
INTERIOR CONSTRUCTION CORP.,              :

                       Respondent.                  :
                                           :
-----------------------------------------------------------------------X

21-cv-3704 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/14/2021__

LEWIS J. LIMAN, United States District Judge:

On April 26, 2021, Petitioners filed the instant petition seeking confirmation of an

arbitration award with a supporting memorandum of law. *See* Dkt. Nos. 1, 2. On May 12, 2021,

Petitioners filled an affidavit of service showing that, on April 28, 2021, they served Respondent

with the summons, petition, memorandum of law, and other supporting materials. Dkt. No. 7.

Respondent has still not appeared in this action.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for

summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is

hereby ORDERED that Respondent's opposition to the petition, if any, is due on May 19, 2021.

Petitioners' reply, if any, is due May 26, 2021.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on

Respondent.

SO ORDERED.

Dated: May 14, 2021
      New York, New York

                    LEWIS J. LIMAN
              United States District Judge