# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED
WITH INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO AND
TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT
FUNDS,

                        Petitioners,                 21 **CIVIL** 3704 (LJL)

      -against-                                 **JUDGMENT**

PRECISION INTERIORS CORP. a/k/a
PRECISION INTERIOR CONSTRUCTION
CORP.,

                        Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 3, 2021, the Petition is GRANTED and the Award is CONFIRMED; judgment is entered in favor of Petitioners and against Respondent as follows:

(i)    Precision shall pay $502.11 to Jorge Avila;

(ii)   Precision shall pay $502.11 to Thomas Tejada;

(iii)  Precision shall pay $502.11 to Wilmer Rauda;

(iv)  Precision shall pay $719.23 to the Local 1974 Benefit Funds;

(v)   Precision shall pay $4,000 to the Joint Trade Board of the Drywall Taping Industry; and

(vi)  Precision shall pay attorneys' fees and costs incurred in connection with the Petition as well as any costs incurred in enforcing the judgment entered by the Court;

accordingly, the case is closed.

**Dated**: New York, New York
June 3, 2021

                **RUBY J. KRAJICK**
                **Clerk of Court**
      **BY:** _____
                **Deputy Clerk**